**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
DORIAN E. RAMIREZ



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

April 30, 2015

Hon. Mark Anthony Sanchez
Gale, Wilson, & Sanchez
115 East Travis, 19th Floor
San Antonio, TX 78205
* DELIVERED VIA E-MAIL *

Hon. Marc Edward Rietvelt
PO Box 12548
Capitol Station
Austin, TX 78711-2548
* DELIVERED VIA E-MAIL *

Re:      Cause No. 13-14-00113-CV
Tr.Ct.No. 2008-08-4696-I
Style:    Texas Health and Human Services Commission and the Texas Department of
             Aging and Disability Services v. Jose P. Baldonado

Enclosed please find the opinion and judgment issued by the Court on this date.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch
Enc.
cc:    445th District Court (DELIVERED VIA E-MAIL)
       Hon. Eric Garza, Cameron County District Clerk (DELIVERED VIA E-MAIL)
       Hon. J. Rolando Olvera Jr., Presiding Judge, Fifth Administrative Judicial Region
       (DELIVERED VIA E-MAIL)